IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL :
v. :
: NO. 14-1090-M Sealed
Will Michael :

## CONDITIONS OF RELEASE ORDER

**BAIL**

Defendant is **released on bail** in the amount of: $ 50,000
    X **O/R**
    \_\_\_\_\_ **cash**
    \_\_\_\_\_ **secured by**:
       \_\_\_\_\_ % cash
       \_\_\_\_\_ property at: _____
       \_\_\_\_\_ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

**PRETRIAL SERVICES**

   **X**     Defendant shall report to Pretrial Services:
           **X**    **as directed** by Pretrial Services.
           \_\_\_\_\_ times per week **in person**.
           \_\_\_\_\_ times per week **via telephone**.

\_\_\_\_\_ Defendant shall attend **mental health services** under the guidance and supervision of Pretrial Services.
   **x**     Defendant shall submit to **random drug testing** as directed by Pretrial Services.
   **x**     Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
\_\_\_\_\_ Defendant shall submit to **electronic monitoring** at the following address:
_____

_____.

\_\_\_\_\_ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

\_\_\_\_\_ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

Defendant shall report to the District of Oregon as required. Defendant's initial appearance in that District must ~~be~~ occur as ordered but no later than 30 days from today's date.

| TRAVEL |
|---|

__X__ Travel is restricted to the **Eastern District of Pennsylvania**. & the District of
_____ Travel is restricted to the _____. Oregon
__x__ Unless prior permission is granted by Pretrial Services. for court appearances

| PASSPORT |
|---|

__X__   Defendant shall surrender and/or refrain from obtaining or applying for a **passport**.

| FIREARMS |
|---|

__X__ Defendant shall surrender and/or refrain from obtaining any **firearms**. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

| MISCELLANEOUS |
|---|

__X__ Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.
__X__ Defendant must maintain present **employment**.
__~~✗~~__ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
__x__ Defendant must reside:

   at: __540 Broad St. Emmaus, PA 18049__

   with: __defendants parents__

**OTHER CONDITIONS:**

   As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

   It is so ORDERED this __4__ day of __Nov__ 2014.

                                        BY THE COURT:

                                        S/HENRY S. PERKIN
                                        **HENRY S. PERKIN**
                                        **UNITED STATES MAGISTRATE JUDGE**